RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID MYERS, ISB #6528
Deputy Attorney General
GADER WREN, ISB# 12108
Assistant Solicitor General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
gader.wren@ag.idaho.gov

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ATLAS JONES and SOPHIE SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEBBIE CRITCHFIELD, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-00413-DCN<br><br>**MOTION TO FILE DECLARATION OF A.H. UNDER PSEUDONYM** |

Defendants move this Court, pursuant to its inherent powers to control court proceedings, for an order permitting A.H. to file a declaration under pseudonym. The purpose of this motion is to preserve A.H.'s anonymity so as to protect A.H. from potential harassment and retaliation.

DATED: August 8, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        /s/ *James E. M. Craig*
        James E. M. Craig
        Division Chief
        Civil Litigation and Constitutional Defense

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on August 8, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Samuel L. Linnet<br>sam@alturaslawgroup.com | Avery P. Hitchcock<br>avery.hitchcock@mto.com |
| Christina S. Paek<br>cpaek@lambdalegal.org | Jacob Max Rosen<br>max.rosen@mto.com |
| Kell L. Olson<br>kolson@labdalegal.org | Jimmy Biblarz<br>jimmy.biblarz@mto.com |
| Peter C. Renn<br>prenn@lambdalegal.org | Katherine M. Forster<br>katherine.forster@mto.com |
| Tara L. Borelli<br>tborelli@lamdalegal.org | Nicholas Sidney<br>nick.sidney@mto.com |
| Paul Martin<br>paul.martin@mto.com | Robyn K. Bacon<br>robyn.bacom@mto.com |
| Pelecanos<br>pelecanos@lambdalegal.org | Abigail K. Bessler<br>abigail.bessler@mto.com |
| *Counsel for Plaintiffs* | Elizabeth Anastasi<br>Elizabeth.anastasi@mto.com |
| | *Counsel for Plaintiffs* |

/s/ *James E. M. Craig*

MOTION TO FILE DECLARATION OF A.H. UNDER PSEUDONYM—2