Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Lewis*
alewis@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

Katherine M. Forster*
katherine.forster@mto.com
Paul E. Martin*
paul.martin@mto.com
Abigail K. Bessler*
abigail.bessler@mto.com
Elizabeth Anastasi*
elizabeth.anastasi@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ATLAS JONES, et al.,

*Plaintiffs*,

v.

DEBBIE CRITCHFIELD, et al.,

*Defendants*.

Case No. 1:25-cv-00413-DCN

**PLAINTIFFS' NOTICE OF APPEAL**

**PRELIMINARY INJUNCTION APPEAL**

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs ATLAS JONES and SOPHIE SMITH hereby give notice pursuant to Federal Rule of Appellate Procedure 3 that Plaintiffs respectfully appeal to the United States Court of Appeals for the Ninth Circuit the District Court's August 23, 2025 Memorandum Decision and Order ("Order"), Dkt. 39, insofar as it denies Plaintiffs' motion for preliminary injunction, ECF Nos. 11 through 11-5.

The statutory basis for this appeal is 28 U.S.C. § 1292. A copy of the Order appealed by Plaintiffs is attached hereto as Exhibit A. Plaintiffs' Representation Statement is attached as Exhibit B.

DATED: August 25, 2025

Respectfully Submitted

By: */s/ Peter C. Renn*

Peter C. Renn
Kell L. Olson
Tara L. Borelli
Pelecanos
LAMBDA LEGAL DEFENSE & EDUCATION FUND

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

Katherine M. Forster
J. Max Rosen
Paul Martin
Abigail K. Bessler
Elizabeth Anastasi
MUNGER TOLLES & OLSON LLP

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of August, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Craig
james.craig@ag.idaho.gov

David Myers
david.myers@ag.idaho.gov

Gader Wren
gader.wren@ag.idaho.gov

/s/ Peter C. Renn
Peter C. Renn