UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 27 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ATLAS JONES and SOPHIE SMITH,

Plaintiffs - Appellants,

v.

DEBBIE CRITCHFIELD, in her official capacity as Idaho State Superintendent of Public Instruction; et al.,

Defendants - Appellees.

No. 25-5413

D.C. No.
1:25-cv-00413-DCN
District of Idaho,
Boise

ORDER

Before: WARDLAW, CHRISTEN, and BENNETT, Circuit Judges.

We heard argument on the motion for an injunction pending appeal (Dkt. No. 9) on October 24, 2025. Counsel for the Plaintiffs-Appellants conceded at argument that neither Plaintiff has sought a reasonable accommodation pursuant to H.B. 264. *See* Idaho Code Ann. § 67-9802(6). Because, on the record before us, we cannot say that such an accommodation would fail to ameliorate Plaintiffs-Appellants' harm, Plaintiffs-Appellants have not shown they are "likely to suffer irreparable harm in the absence of preliminary relief."[1] *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008); *see also Feldman v. Arizona Sec'y of State's Off.*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction

---

[1] We do not express any view on whether any reasonable accommodation, if offered, would be sufficient to address all alleged harms.

pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction.”). We therefore deny Plaintiffs-Appellants’ motion for an injunction pending appeal (Dkt. No. 9) without prejudice.

**DENIED.**