Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
111 N 1st Avenue, Suite 2I
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos†
Pelecanos@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
*†mailing address only*
(213) 382-7600 (T) | (213) 402-2537 (F)

Katherine M. Forster*
katherine.forster@mto.com
Abigail Bessler*
abigail.bessler@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ATLAS JONES AND SOPHIE SMITH,

Plaintiffs,

v.

DEBBIE CRITCHFIELD, in her Official Capacity as Idaho State Superintendent of Public Instruction, et al.,

Defendants.

CASE NO. 1:25-CV-00413-DCN

**NOTICE OF WITHDRAWAL OF COUNSEL**

NOTICE IS HEREBY GIVEN that as of March 5, 2026, Abigail Bessler requests to be removed as counsel for Plaintiff in the above-referenced matter. The law firm of Munger, Tolles & Olson LLP continues as counsel for Plaintiff.

The Clerk of the Court is hereby requested to make such entries as may be required to record such termination, including removing Abigail Bessler as counsel of record.

DATED: March 5, 2026

/s/ Abigail Bessler
Katherine M. Forster
J. Max Rosen
MUNGER, TOLLES & OLSON LLP

Respectfully submitted,

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

Peter C. Renn
Kell L. Olson
A.D. Sean Lewis
Tara L. Borelli
Pelecanos
LAMBDA LEGAL DEFENSE &
EDUCATION FUND

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of March, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electric Filing:

James E. Rice
Jim.rice@ag.idaho.gov

James E.M. Craig
James.craig@ag.idaho.gov

*/s/ Abigail Bessler*
Abigail Bessler