Samuel L. Linnet (ISB No. 9788)
sam@alturaslawgroup.com
ALTURAS LAW GROUP, PLLC
111 N 1st Avenue, Suite 2I, PO Box 2975
Hailey, ID 83333
(208) 788-6688

Peter C. Renn*
prenn@lambdalegal.org
Kell L. Olson*†
kolson@lambdalegal.org
Tara L. Borelli*†
tborelli@lambdalegal.org
Pelecanos*†
pelecanos@lambdalegal.org
A.D. Sean Lewis*
alewis@lambdalegal.org
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
800 South Figueroa St., Suite 1260
Los Angeles, CA 90017
†*mailing address only*
(213) 382-7600 (T) | (855) 535-2236 (F)

Katherine M. Forster*
katherine.forster@mto.com
MUNGER TOLLES & OLSON LLP
350 South Grand Ave., 50th Fl.
Los Angeles, CA 90071-3426
(213) 683-9100 (T) | (213) 687-3702 (F)

J. Max Rosen*
max.rosen@mto.com
MUNGER TOLLES & OLSON LLP
560 Mission Street, 27th Fl.
San Francisco, CA 94105-2907
(415) 512-4000 (T) | (415) 512-4077 (F)

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

ATLAS JONES, et al.,

*Plaintiffs*,

v.

DEBBIE CRITCHFIELD, et al.,

*Defendants*.

Case No. 1:25-cv-00413-DCN

**PLAINTIFF SOPHIE SMITH'S FOURTH MOTION TO SEAL**

Pursuant to Local Civil Rule 5.3, Plaintiff Sophie Smith respectfully moves for this Court to permit her to file under seal an unredacted version of Plaintiffs' Reply in support of their Renewed Motion for Injunction Pending Appeal containing identifying or confidential information (which Defendants may access pursuant to appropriate confidentiality protections). Because Ms. Smith has already previously filed a memorandum in support of her first Motion to Proceed Anonymously and to Seal, Dkt. 12-1, and the grounds for her fourth Motion are the same as those set forth in her first Motion, she incorporates by reference that memorandum here.

1. Ms. Smith makes this request because this case involves matters that are private and highly sensitive, including Plaintiff's transgender status and medical information, the disclosure of which through this action creates risk of harm to Plaintiff.

2. Ms. Smith's motion to seal the Plaintiffs' Reply in support of their Renewed Motion for Injunction Pending Appeal containing identifying or confidential information satisfies the standard for sealing because there is both good cause and compelling reason for information to be filed under seal.

3. The non-confidential portions of Plaintiffs' Reply, including a redacted version, are included here.

Based on the foregoing, Plaintiff Sophie Smith respectfully moves this Court to grant this motion.

* * *

DATED: March 11, 2026

Respectfully Submitted

By: */s/ J. Max Rosen*

J. Max Rosen
Katherine M. Forster
MUNGER TOLLES & OLSON LLP

Samuel L. Linnet
ALTURAS LAW GROUP, PLLC

Peter C. Renn
Kell L. Olson
Tara L. Borelli
Pelecanos
A.D. Sean Lewis
LAMBDA LEGAL DEFENSE & EDUCATION FUND

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 11th day of March, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

James Craig
james.craig@ag.idaho.gov

David Myers
david.myers@ag.idaho.gov

Gader Wren
gader.wren@ag.idaho.gov

*/s/ J. Max Rosen*
J. Max Rosen